FILED

2015 MAY 28 AM 9 14

NOE VILLARREAL JR.
DIST. CLERK, BROOKS CO. TX
SAN ANTONIO, TEXAS

KEITH E. HOTTLE
Clerk

**CAUSE NO. 13-12-16488-CV**

| | | |
|---|---|---|
| ROMEO LONGORIA, ET AL | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| VS. | § | BROOKS COUNTY, TEXAS |
| | § | |
| | § | |
| EXXON MOBIL CORPORATION, | § | |
| ET AL | § | 79TH JUDICIAL DISTRICT |

## ORDER DISMISSING CASE WITH PREJUDICE

On May 6, 2015, the Court heard and considered the following motions, together with responses and replies to same on file with the Court: (1) Plaintiffs' Motion for Substitute Service of Process, filed December 1, 2014 ("Plaintiffs' Motion for Substitute Service"); (2) Defendants' Renewed Motion to Dismiss and Opposition to Plaintiffs' Motion for Substitute Service of Process, filed April 13, 2015 by defendants Cody Energy, LLC, Shell Oil Company, ExxonMobil Corporation, ExxonMobil Oil Corporation, Dominion Oklahoma Texas Exploration and Production, Inc., Oxy USA, Inc., and BHP Billiton Petroleum (TxLa Operating) Company, *improperly named as* "BHP Billiton Petroleum (TxLa Operating) Company d/b/a Petrohawk Operating Company formerly known as Petrohawk Energy Corporation and Wynn-Crosby Energy, Inc." ("Energy Company Defendants' Renewed Motion to Dismiss") (3) Defendant Gloria Garcia Lopez, Individually and as Independent Executrix of the Estate of Hector S. Lopez, Deceased, Renewed Motion to Dismiss and Opposition to Plaintiffs' Motion for Substitute Service of Process, filed April 21, 2015 ("Lopez Defendants' Renewed Motion to Dismiss"); and (4) Defendants Gary Glick, Michael Glick, Robert Glick, Roger Glick, Steven Glick, Beverly York, Will York, Jr., John York, and Dan York's Motion to Dismiss and Opposition to Plaintiffs' Motion for Substitute Service of Process, filed April 23, 2015 ("York and Glick Defendants' Motion to Dismiss"), and the Court ORDERS as follows:

Plaintiffs' Motion for Substitute Service is DENIED;

Energy Company Defendants' Renewed Motion to Dismiss is GRANTED;

Lopez Defendants' Renewed Motion to Dismiss is GRANTED;

York and Glick Defendants' Motion to Dismiss is GRANTED.

It is, therefore, ORDERED that the above-referenced case is dismissed as to all defendants, with prejudice.

All costs are assessed against the party incurring same.

IT IS SO ORDERED.

Signed this 28 day of May, 2015.

JUDGE PRESIDING



## STATE OF TEXAS
## COUNTY OF BROOKS

I/Noe Guerra, Jr., District Clerk of Brooks County, Texas do hereby certify that the foregoing is a true and correct copy of the original record now in my lawful custody and possession, filed on: 5/28/15 as appears of record in my office.

WITNESS my official hand and seal of office this

5/28/15

Noe Guerra, Jr., District Clerk
Brooks County, Texas

By _____ Deputy

Annette Johnson
 Deputy
Criminal Division
ajohnson@co.brooks.tx.us

Vanessa Martinez
 Deputy
 Civil Division
vmartinez@co.brooks.tx.us



P.O. Box 534
Falfurrias, Texas 78355
(361) 325-5604 x 161, 163 & 169

Fax Number (361) 325-5679

## Brooks County District Clerk
## Noe Guerra, Jr.
### nguerra@co.brooks.tx.us

# NOTICE OF JUDGMENT AND OR DISMISSAL

**RE: CAUSE NO.** 13-12-16488-CV- Romeo Longoria, et al v Exxon Mobil Corp., et al

**TO WHOM IT MAY CONCERN:**

Texas Rules of Court requires me to notify you that on the **28ᵗʰ** of **May, 2015.**

_____ **Agreed Judgment**               _____ **Interlocutory Judgment**

_____ **Default Judgment**               ___X__ **Order of Dismissal/ or Non-Suit**

_____ **Final Judgment**                  _____ **Other:**

**has been rendered in the above numbered and styled cause.**

Sincerely,
Noe Guerra Jr., District Clerk
Brooks County, Texas

By: _____
*Annette Johnson, Criminal/Civil Deputy Clerk*

CC: File, All Counsel of Records

William D. Wood,
Attorney at Law
1301 McKinney St., Ste. 5100
Houston, Texas 77010

Travis C. Barton,
Attorney at Law
600 Congress, Ste. 2100
Austin, Texas 78701

Jorge C. Rangel.